# BOND SCHOENECK & KING

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | bsk.com

**SAMUEL G. DOBRE**
sdobre@bsk.com
P: 646.253.2320
F: 646.253.2377

January 17, 2020

**VIA ELECTRONIC CASE FILING**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDJ SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-21-2020

      *Re:    Kiran Vuppala v. Hawkins New York, LLC et al.*
            *Civil Action No. 1:19-cv-04228*

Dear Judge Koeltl:

Please be advised that we represent Defendants Hawkins New York, a New York limited liability Company d/b/a Hawkins New York ("Hawkins") and Angela Kueken in the above-captioned action. I am submitting this joint letter request on behalf of the Plaintiff and Defendants respectfully requesting that the January 23, 2020 Initial Conference be adjourned for another thirty (30) days while the parties pursue further settlement discussions and appear close to reaching a settlement.

If this meets with Your Honor's approval, the Parties respectfully request you please "So Order" where indicated below.

*Adjourned to Monday, February 24, 2020, at 4:30PM*

Respectfully Submitted,

BOND, SCHOENECK & KING, PLLC

*[signature]*
Samuel G. Dobre

**SO ORDERED**

*[signature]*
Hon. John G. Koeltl

1/17/20

cc:    B. Bradley Weitz, Esq.
        The Weitz Law Firm P.A.
        Bank of America Building
        18305 Biscayne Blvd., Suite 214
        Aventura, FL 33160