# BOND SCHOENECK & KING

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

**SAMUEL G. DOBRE**
sdobre@bsk.com
P: 646.253.2320
F: 646.253.2377

April 22, 2020

**VIA ELECTRONIC CASE FILING**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

>      *Re:   Kiran Vuppala v. Hawkins New York, LLC et al.*
>            *Civil Action No. 1:19-cv-04228*

Dear Judge Koeltl:

Please be advised that we represent Defendants Hawkins New York, a New York limited liability Company d/b/a Hawkins New York and Angela Kueken, in the above-captioned action. Due to the continuing health crisis caused by the COVID-19 pandemic, and the economic effects it is causing to businesses open to the public, including detrimental effects to the business involved in this matter, Defendants respectfully request that the Court grant a sixty (60) day stay of all deadlines and/or conferences in this matter.

Current deadlines and conferences include the Initial Conference scheduled for May 5, 2020. Thank you for your consideration of this request.

If this meets with Your Honor's approval, the Parties respectfully request you please "So Order" where indicated below.

Respectfully Submitted,

BOND, SCHOENECK & KING, PLLC

Samuel G. Dobre

| |
|---|
| The May 5, 2020 conference is canceled. The case is stayed for 60 days. The parties should provide the Court with a Rule 26(f) report by June 1, 2020. SO ORDERED. |
| New York, NY        /s/ John G. Koeltl |
| April 23, 2020        John G. Koeltl |
|               U.S.D.J. |

Attorneys At Law | A Professional Limited Liability Company

170875.1 4/22/2020

cc:     B. Bradley Weitz, Esq.
        The Weitz Law Firm P.A.
        Bank of America Building
        18305 Biscayne Blvd., Suite 214
        Aventura, FL 33160

170875.1 4/22/20201