# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

June 29, 2020

**VIA CM/ECF**
Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street - Courtroom: 14A
New York, NY 10007

> The application for an additional thirty day stay of all deadlines is granted. Parties should submit a revised scheduling order by July 10, 2020.
> No further stays or extensions without a showing of exceptional good cause. If the plaintiff chooses not to proceed, the case should be dismissed without prejudice.
> SO ORDERED.
>
> New York, NY                    /s/ John G. Koeltl
> June 30, 2020                    John G. Koeltl
>                                  U.S.D.J.

Re:  **Vuppala v. Hawkins New York, LLC, et al.**
     **Case 1:19-cv-04228-JGK**

Dear Judge Koeltl:

The undersigned represents the Plaintiff in the above-captioned case matter.

Due to the continuing national health crisis caused by the COVID-19 pandemic and the diminished economic effects it has caused public businesses such as the business in this case, including complete closures, the undersigned does not believe it is in the best interest of the parties, and a potential waste of resources and time to move forward in this case, until the defendants' businesses recover and generate a real income, to advance through the litigation processes, including discovery and future Conferences.

Therefore, Plaintiff's undersigned counsel again hereby respectfully requests that the Court grant an additional thirty (30) day stay of all deadlines and/or any Conference in this matter.  The undersigned has conferred with opposing counsel who consent to this request.

The Court may wish to note that this is undersigned counsel's third request to stay this matter. Thank you for your consideration of this unfortunate, but necessary additional request.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW 9365)
    THE WEITZ LAW FIRM, P.A.
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Tel.: (305) 949-7777
    Fax: (305) 704-3877
    Email: bbw@weitzfirm.com