UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KIRAN  VUPPALA,                                                    :

              Plaintiff,                                    :

        -against-                                          :

HAWKINS NEW YORK, LLC., a New York limited          :
liability company, d/b/a HAWKINS NEW YORK, and
ANGELA KUEKEN, as trustee,                                :

            Defendants.                                  :
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       ORDER

    19-CV-04228 (KNF)

       A telephone conference will be held with the parties on November 10, 2020, at 2:45 p.m.

The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.  Please be

advised that a court reporter will attend the conference via telephone.

Dated:  New York, New York              SO ORDERED:
        November 6, 2020

                                           Kevin Nathaniel Fox
                                         KEVIN NATHANIEL FOX
                                         UNITED STATES MAGISTRATE JUDGE