UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KIRAN VUPPALA,                                           :

        Plaintiff,                                      :

        -against-                                        :        **ORDER OF DISMISSAL**

HAWKINS NEW YORK, LLC., a New York
limited liability company, d/b/a HAWKINS
NEW YORK and ANGELA KUEKEN, as trustee   :        19-CV-4228 (KNF)

        Defendants.                                   :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The Court having been advised on November 24, 2020, that this case has been settled, IT IS HEREBY ORDERED that the above-captioned action be, and the same hereby is, dismissed. However, within thirty (30) days of this Order, any party may apply to the Court by letter for restoration of the action to the calendar of the undersigned, if the terms and conditions under which the parties have agreed to settle their dispute have not been fulfilled.  In that event, the action will be restored.

Dated: New York, New York                            SO ORDERED:
       November 24, 2020

                                                                   *Kevin Nathaniel Fox*
                                                                 KEVIN NATHANIEL FOX
                                                                 UNITED STATES MAGISTRATE JUDGE